Samuel Di Falco, as Trustee in Bankruptcy of Laconia Construction Co., Inc., Respondent, v. William Macchio et al., Defendants, and Coastal Equipment Co., Inc., Defendant-Appellant.— Appeal unanimously dismissed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Samuel Di Falco, as Trustee in Bankruptcy of Laconia Construction Co., Inc., Respondent, v. William Macchio et al., Defendants, and Coastal Equipment Co., Inc., Defendant-Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion to dismiss for failure to prosecute granted on the ground that plaintiff has wholly failed to show any satisfactory reason for the delay. (Rules Civ. Prac. rule 156; Civ. Prac. Act, § 181). Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Arthur Rosen, Appellant, v. Daily Mirror, Inc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Ralph J. Cebrian, Judgment Creditor, Respondent, against Cornelius Vanderbilt, Jr., Judgment Debtor, Defendant. Greenbaum, Wolff & Ernst, Witness, Appellant.— Order entered January 7, 1944, denying motion to modify order requiring Greenbaum, Wolff & Ernst to appear for examination as a witness unanimously affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Order dated January 27, 1944, and entered January 28, 1944, directing the witness to answer the questions propounded and to produce the canceled vouchers and overruling objections, unanimously affirmed, with ten dollars costs and disbursements. Appeal from order dated and entered January 28, 1944, overruling objections made by counsel for the witness and the witness's claim of privilege, dismissed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Leon Brofsky, Appellant, against Clifford J. Fletcher, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Order appealed from reversed, with twenty dollars costs and disbursements, and the determination of the respondent in revoking petitioner's license to operate a motor vehicle annulled. The evidence before the Commissioner does not justify the finding that the petitioner was guilty of reckless driving. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to affirm. Settle order on notice.

Rose Perelman, Respondent, v. Harry Perelman, Appellant.— Order appealed from modified by reducing the amount of alimony to be paid to plaintiff for her support and maintenance to the sum of ten dollars per week, and the amount of the counsel fee to the sum of one hundred dollars, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Good Humor Corporation v. City of New York.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. [See ante, p. 886.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part.

City of New York v. Mason & Hanger Company, Inc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 886.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part.